KEITH HOTTLE OR/AND CARMEN DeLEON,

14-41-CR

6/15/15

I WAS WONDERING WHY NOTHING FILED PAST 12/2014 HAS SHOWN UP ON THE COMPUTER HERE IN THE B.C.A.D.C. THIS IS ODD TO ME AS I HAVE CORRESPONDENCE FROM THIS COURT FROM JANUARY 27; FEBRUARY 9; FEBRUARY 23; FEBRUARY 26; AND APRIL 1, 2015; ALL OF WHICH DO NOT APPEAR ON THE SYSTEM ACCESSED BY LAW LIBRARY. I WAS ALSO WONDERING ABOUT THE STATUS OF MY BRIEF HEARING. WHAT DATE IS IT SET FOR? OR IS IT/WAS IT STILL HELD ON MARCH 10, 2015? AS MY SUPPLEMENTAL BRIEF WAS FILED APRIL 1, 2015 I'M STILL AWAITING NOTIFICATION OF MY HEARING ON BRIEFS WHICH THE STATE HAS WAIVED THE RIGHT TO PARTICIPATE IN. I AWAIT A PROMPT RESPONSE TO THESE INQURIES. THANK YOU.

SINCERELY,



FILED IN THE COURT OF APPEAL AT SAN ANTONIO, TEXAS 2015 JUN 19 PM 1:29 KEITH E. HOTTLE:CLERK

KYLE MILLER #968194
BEARE
200 N. COMAL
SAN ANTONIO, TX

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 JUN 19 PM 1:29

*Keith E. Hottle*
KEITH E. HOTTLE, CLERK



San Antonio, Texas

4th Court of Appeals
Criminal Justice Center
300 Dolorosa
San Antonio, Texas 78205

78205303999

SAN ANTONIO TX 780
RIO GRANDE DIST
17 JUN 2015 PM 4 L

LEGAL
MAIL

US POSTAGE
$00.48⁵
ZIP 78205
041L12202049

FIRST CLASS MAIL